[No. 35701-1-II.   Division Two.   November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY E. YBARRA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01779-1, Katherine M. Stolz, J., entered November 29, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Van Deren, J.

[Nos. 23705-2-III; 24252-8-III.   Division Three.   November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEIGH A. HINES, *Appellant*.

Appeals from a judgment of the Superior Court for Asotin County, No. 04-1-00118-0, William D. Acey, J., entered December 17, 2004 and June 21, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, C.J., concurred in by Kulik and Stephens, JJ.

[No. 25452-6-III.   Division Three.   November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SCOTT PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-00475-3, Harold D. Clarke III, J., entered August 24, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Stephens, J.

[No. 25471-2-III.   Division Three.   November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARSHA L. NORTHEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02488-8, Robert D. Austin, J., entered August 18, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Stephens, J.